UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOANNE HAWORTH,

                    Plaintiff(s),

    v.

DOLE FOOD COMPANY, INC. LONG TERM
DISABILITY PLAN, LIFE INSURANCE
COMPANY OF NORTH AMERICA,
                    Defendant(s).

CASE NO. CV09-00787 JW

STIPULATION AND [Proposed]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- [x] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- [x] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: June 16, 2009

LAW OFFICES OF SILVER & TAUBE
/s/ Ruth Silver Taube
Attorney for Plaintiff JOANNE HAWORTH

Dated: June 16, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
/s/ Charan M. Higbee
Attorney for Defendants The Long Term Disability Plan For Salaried Employees Of Dole Food Company, Inc. And Participating Divisions And Subsidiaries (sued herein as "Dole Food Company, Inc. Long Term Disability Plan") and Life Insurance Company of North America   NDC-ADR6

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [x] Mediation
- [ ] Private ADR

Deadline for ADR session

- [x] 90 days from the date of this order.
- [ ] other _____

IT IS SO ORDERED.

Dated: June 22, 2009

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
*Joanne Haworth v. Dole Food Company, Inc. Long Term Disability Plan, et al.*
*USDC NDCA Case #CV09-00787 JW*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Melvyn D. Silver, Esq.
Ruth Silver Taube, Esq.
LAW OFFICES OF SILVER & TAUBE
1339 Pauline Drive
Sunnyvale, CA  94087
Tel:    (408) 737-2313
Fax:    (408) 737-2937

*Attorneys for Plaintiff*
*JOANNE HAWORTH*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 16, 2009** at San Francisco, California.

_____
Nancy Li

1
**CERTIFICATE OF SERVICE**
USDC NDCA Case #CV09-00787 JW
431592.1