ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendants
THE LONG TERM DISABILITY PLAN FOR
SALARIED EMPLOYEES OF DOLE FOOD COMPANY, INC.
AND PARTICIPATING DIVISIONS AND SUBSIDIARIES
(sued herein as "DOLE FOOD COMPANY, INC.
LONG TERM DISABILITY PLAN") and
LIFE INSURANCE COMPANY OF NORTH AMERICA

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANNE HAWORTH, | Case No.: CV09-00787 JW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| DOLE FOOD COMPANY, INC. LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Joanne Haworth and defendants The Long Term Disability Plan For Salaried Employees Of Dole Food Company, Inc. And Participating Divisions And Subsidiaries (sued herein as "Dole Food Company, Inc. Long-Term Disability Plan") and Life Insurance Company of North America, acting through their attorneys of record, that the above-entitled action, and all claims for relief therein, shall be

---

1

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-00787 JW
450771.1

1 | dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Date: June 30, 2009

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Adrienne C. Publicover
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants
THE LONG TERM DISABILITY PLAN FOR SALARIED EMPLOYEES OF DOLE FOOD COMPANY, INC. AND PARTICIPATING DIVISIONS AND SUBSIDIARIES and LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: June 25, 2009

LAW OFFICES OF SILVER & TAUBE

By: /s/ M.D. Silver
MELVYN D. SILVER
RUTH SILVER TAUBE
Attorneys for Plaintiff
JOANNE HAWORTH

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.** The Clerk shall close this file.

Date: June 30, 2009

By: /s/ James Ware
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

---

2
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-00787 JW
450771.1